No. 695. VIERECK v. UNITED STATES. March 27, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Leo A. Rover* and *John J. Wilson* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. George A. McNulty* and *Albert E. Arent* for the United States.

No. 706. McGEE v. KAISER, WARDEN. March 27, 1944. Petition for writ of certiorari to the Supreme Court of Missouri denied.

No. 761. WHITED v. WARDEN, ILLINOIS STATE PENITENTIARY, MENARD BRANCH. March 27, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 561. MITCHELL v. UNITED STATES. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *William Mitchell, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark* and *Messrs. Robert S. Erdahl* and *W. Marvin Smith* for the United States.

No. 617. TERRELL v. PESCOR, WARDEN. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Henry E. Terrell, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *Valentine Brookes* for respondent.

No. 782. CULLOTTA v. RAGEN, WARDEN. March 27, 1944. Petition for writ of certiorari to the Supreme Court